1  Dawn M. Ross (143028)
   John B. Dawson (242161)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  Attorneys for Plaintiff
   MARTIN RAY WINERY

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MARTIN RAY WINERY,                    Case No. C06 3618 MHP

12                     Plaintiff,         **EX PARTE MOTION FOR
                                          ADMINISTRATIVE RELIEF
13      vs.                               (CONTINUANCE OF CASE
                                          MANAGEMENT CONFERENCE)
14  TODD DAMERON GRAHAM, and              [L.R. 7.10; L.R. 7.11]; MEMORANDUM
    MICHAEL ANDERS,                       OF POINTS AND AUTHORITIES;
15                                        DECLARATION OF JOHN B. DAWSON;
                       Defendants.        [PROPOSED] ORDER CONTINUING
16                                        CASE MANAGEMENT CONFERENCE**

17                                        **Judge: Hon. Marilyn Hall Patel**

18

19      **EX PARTE MOTION FOR ADMINISTRATIVE RELIEF (CONTINUANCE OF CASE
                   MANAGEMENT CONFERENCE) [L.R. 7-11]**

20

21          Pursuant to U.S. Dist. Ct., Northern Dist. Cal., rules 7-11 and 7-10, Plaintiff MARTIN

22  RAY WINERY ("Plaintiff") respectfully requests that the re-set Case Management Conference

23  currently scheduled in this matter for December 11, 2006, at 4:00 p.m. be continued to allow for

24  the parties to (i) meet and confer regarding alternative dispute resolution ("ADR"), (ii) file ADR

25  certifications, (iii) file stipulation to ADR, and (iv) file a joint Case Management Statement.

26  ///

27  ///

28  ///

**CARLE, MACKIE,
POWER & ROSS LLP**

1                    Ex Parte Motion for Administrative Relief

1 | **MEMORANDUM OF POINTS AND AUTHORITIES EX PARTE MOTION FOR CONTINUANCE OF CASE**
2 | **MANAGEMENT CONFERENCE [L.R. 7-11]**

3     U.S. Dist. Ct., Northern Dist. Cal., rule 7-11 provides that "*during the course of case*

4 *proceedings a party may require a Court order with respect to miscellaneous administrative*

5 *matters . . .*" Pursuant to rule 7-11 Plaintiff requests that the Initial Case Management

6 Conference set for December 11, 2006, be continued to allow the parties to (i) meet and confer

7 regarding Alternative Dispute Resolution ("ADR"), (ii) file ADR certifications, (iii) file

8 stipulation to ADR, and (iv) file a joint Case Management Statement. Pursuant to Plaintiff's ex

9 parte motion for administrative relief, the original date for the Case Management Conference

10 was re-set for December 11, 2006, to provide Plaintiff an opportunity to serve the Defendants.

11 Defendant Michael Anders was served on November 21, 2006, and Defendant Todd Dameron

12 Graham was served on November 25, 2006.

13     Plaintiff, however, has not yet been able to confer with the Defendants regarding the

14 ADR matters described above. Defendants have not yet appeared in this matter and will not

15 suffer any prejudice should Plaintiff's ex parte request for the continuance of the re-set Case

16 Management Conference be granted. Because Defendants will not suffer any prejudice, granting

17 of Plaintiff's ex parte request is proper pursuant to U.S. Dist. Ct., Northern Dist. Cal., rule 7-10.

18 | **DECLARATION OF JOHN B. DAWSON**
   | **IN SUPPORT OF EX PARTE MOTION FOR**
19 | **CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

20     I, John B. Dawson, declare as follows:

21     1.     I am an attorney with the law firm of Carle Mackie Power & Ross LLP, attorneys

22 of record for Plaintiff Martin Ray Winery.

23     2.     I have personal knowledge of the facts set forth in this declaration and if called

24 upon I could and would competently testify as follows:

25     3.     Plaintiff Martin Ray Winery filed a complaint in the above-entitled Court on June

26 7, 2006, naming defendants Vinquor GP, LLC; Vinquor Beverage Co., LTD, Todd Dameron

27 Graham, and Michael Anders.

28     / / /

CARLE, MACKIE,
POWER & ROSS LLP

4.     The last day to complete service the Summons and Complaint pursuant to F.R.C.P. section 4(m) was October 5, 2006.  The Initial Case Management Conference was set for October 16, 2006.

5.     On September 25, 2006, Plaintiff filed a First Amended Complaint and submitted an Amended Summons for issuance.  Two of the originally named defendants, Vinquor GP, LLC; Vinquor Beverage Co., LTD, were removed from the action.

6.     On September 25, 2006, Plaintiff filed a Notice of Bankruptcy regarding the removed defendants.

7.     On October 2, 2006, Plaintiff filed an ex parte motion for administrative relief from this Court, requesting that the Case Management Conference scheduled for October 16, 2006, be continued to permit Plaintiff an opportunity to serve the Defendants.  This motion was granted, and the Court re-set the initial Case Management Conference for December 11, 2006.

8.     On or around October 9, 2006, Plaintiff attempted to serve, by mail, Defendants Todd Dameron Graham and Michael Anders with the First Amended Summons and Complaint via a Notice of Lawsuit and Request for Wavier of Service of Summons and Waiver of Service of Summons.  Neither Defendant responded to the waiver.

9.     Consequently, Plaintiff hired a process server to serve the Defendants.  Defendant Michael Anders was served on November 21, 2006, and Defendant Todd Dameron Graham was served on November 25, 2006.

10.    Plaintiff, however, has not yet been able to meet and confer with the Defendants regarding alternative dispute resolution ("ADR"), the filing of ADR certifications, the filing of a stipulation to ADR, or the filing of a joint Case Management Statement.

11.    Defendants have not yet appeared in this matter and will not suffer any prejudice should Plaintiff's ex parte request for the continuance of the re-set Case Management Conference be granted.

12.    Plaintiff has not obtained a stipulation for continuance of the Initial Case Management Conference since the Defendants have only recently been served and have not yet appeared in this lawsuit.

1    I declare under penalty of perjury under the laws of the United States of America that

2   foregoing is true and correct. Executed within the United States on this ⁴ᵗʰ day of December,

3   2006.

4                                                     CARLE, MACKIE, POWER & ROSS LLP

5

6                                          By:_____

7                                                     John B. Dawson
                                                      Attorneys for Plaintiff Martin Ray

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1

2      Having read and considered the foregoing EX PARTE MOTION FOR

3  ADMINISTRATIVE RELIEF (CONTINUANCE OF CASE MANAGEMENT

4  CONFERENCE), and GOOD CAUSE APPEARING,

5      The Court hereby continues the Initial Case Management Conference from December 11,

6  2006, to ____February 5_____, ~~2006.~~  2007.

7

8  IT IS SO ORDERED:

9

10  DATED: ____12/5/06_____

                                        _____

11                                        The Honorable Marilyn Hall Patel
                                        Judge of the U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28