DAWN M. ROSS, State Bar No. 143028
JOHN B. DAWSON, State Bar No. 242161
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Sutie 400
Santa Rosa, California 95401
PH: (707) 526-4200   FAX: (707) 526-4707

Attorneys for Plaintiff Martin Ray Winery

STEVEN L. HOGAN, State Bar No. 84553
LAWRENCE J. IMEL, State Bar No. 223851
LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
PH: (310) 274-8700   FAX: (310) 274-2798

Specially Appearing for Defendant Michael Anders

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARTIN RAY WINERY, | ) CASE NO. C063618 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| TODD DAMERON GRAHAM AND MICHAEL ANDERS, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:**

Plaintiff Martin Ray Winery ("Plaintiff") and Specially Appearing Defendant Michael Anders ("Defendant Anders") (hereinafter collectively the "Parties"), by and between their attorneys of record, stipulate with reference to the following facts:

//

//

//

---

**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

# RECITALS

A. **WHEREAS,** on November 21, 2006, Defendant Anders was served with, *inter alia*, a summons and First Amended Complaint in this action;

B. **WHEREAS,** Defendant Anders resides in Houston, Texas;

C. **WHEREAS,** on December 6, 2006, Steven L. Hogan, Esq. of Lurie, Zepeda, Schmalz & Hogan, specially appearing for Defendant Anders, represents that Defendant Anders first contacted him concerning representing Defendant Anders in the above-referenced action;

D. **WHEREAS,** on December 6, 2006, Mr. Hogan represents that he has been informed by Defendant Anders that Defendant Anders has signed the engagement letter authorizing Mr. Hogan and Lawrence J. Imel of Lurie, Zepeda, Schmalz & Hogan to represent Defendant Anders in this case;

E. **WHEREAS,** Defendant Anders' response to the First Amended Complaint is currently due on December 11, 2006;

F. **WHEREAS,** Counsel for Plaintiff has graciously agreed to grant Defendant Anders an extension of time to respond to the First Amended Complaint to and including Thursday, December 28, 2006; and

G. **WHEREAS,** Counsel for Defendant Anders, by submitting this Stipulation and Order, is doing so by Special Appearance and is not waiving any right to bring a Motion to Dismiss under F.R.Civ. P. §12 (b)(2) or 12(b)(3).

**NOW THEREFORE,** Plaintiff and Defendant Anders Hereby Stipulate as follows:

1. Defendant Anders may have, to and including Thursday, December 28, 2006, to file a responsive pleading to the First Amended Complaint; and

//
//
//
//
//

2. By submitting this Stipulation and Order to the Court, Defendant Anders is doing so by Special Appearance, and is not waiving any right to file a motion to dismiss under F.R.Civ. P. §12 (b)(2) or 12(b)(3).

Dated: December 7, 2006

Respectfully submitted,

LURIE, ZEPEDA, SCHMALZ & HOGAN
STEVEN L. HOGAN
LAWRENCE J. IMEL

By: _____
Lawrence J. Imel
Specially Appearing for Defendant Michael Anders

Dated: December 7, 2006

CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS
JOHN B. DAWSON

By: _____
John B. Dawson
Attorneys for Plaintiff Martin Ray Winery

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS ORDERED THAT** Defendant Anders, having specially appeared herein, has to and including Thursday, December 28, 2006, to file a responsive pleading to the First Amended Complaint which may include a Motion to Dismiss under F.R.Civ P. §12 (b)(2) or (3).

Dated: December 12, 2006

_____
The Honorable Marilyn Hall Patel, Judge
United States District Court
Northern District of California

LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
(310) 274-8700; (310) 274-2798 (Fax)

2. By submitting this Stipulation and Order to the Court, Defendant Anders is doing so by Special Appearance, and is not waiving any right to file a motion to dismiss under F.R.Civ. P. §12 (b)(2) or 12(b)(3).

Dated: December 7, 2006

Respectfully submitted,

LURIE, ZEPEDA, SCHMALZ & HOGAN
STEVEN L. HOGAN
LAWRENCE J. IMEL

By: _____
Lawrence J. Imel
Specially Appearing for Defendant Michael Anders

Dated: December 7, 2006

CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS
JOHN B. DAWSON

By: _____
John B. Dawson
Attorneys for Plaintiff Martin Ray Winery

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS ORDERED THAT** Defendant Anders, having specially appeared herein, has to and including Thursday, December 28, 2006, to file a responsive pleading to the First Amended Complaint which may include a Motion to Dismiss under F.R.Civ P. §12 (b)(2) or (3).

Dated: December ____, 2006

_____
The Honorable Marilyn Hall Patel, Judge
United States District Court
Northern District of California

LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
(310) 274-8700; (310) 274-2798 (Fax)

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

# PROOF OF SERVICE
# BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 9107 Wilshire Boulevard, Suite 800, Beverly Hills, California 90210-5533.

On **December 8, 2006**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested party(ies) in this action.

**BY MAIL:**

**X** as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 9107 Wilshire Boulevard, Suite 800, Beverly Hills, California in the ordinary course of business. I am aware on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid.

**X** by placing a true copy thereof for collection and mailing pursuant to said ordinary business practices, enclosed in a sealed envelope addressed as follows:

> **Dawn M. Ross, Esq.**
> **CARLE, MACKIE, POWER & ROSS LLP**
> **100 B Street, Suite 400**
> **Santa Rosa, California 95401**

**X** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 8, 2006**, at Beverly Hills, California.

Claudia Stroe
_____
Type or Print Name                                Signature

LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
(310) 274-8700; (310) 274-2798 (Fax)

W:\LJI_Files\ANDRMA\ANDRMA2006-12-07 Stip & Order Extension to Respond to Complaint.wpd

4

STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED COMPLAINT