STEVEN L. HOGAN, State Bar No. 84553
LAWRENCE J. IMEL, State Bar No. 223851
LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
PH: (310) 274-8700   FAX: (310) 274-2798

Special Appearance for Defendant Michael Anders

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RAY WINERY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VINQUOR GP, LLC, AND VINQUOR BEVERAGE CO., LTD., TODD DAMERON GR GRAHAM AND MICHAEL ANDERS<br><br>　　　　　Defendants. | CASE NO. C063618 MHP<br><br>DATE:　March 5, 2007<br>TIME:　4:00 p.m.<br>DEPT:　15<br><br>STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>[LOCAL RULES 7-10, 7-11 AND 16-2(d)] |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:**

Plaintiff Martin Ray Winery ("Plaintiff") and Specially Appearing Defendants Michael Anders ("Defendant Anders") and Todd Dameron Graham ("Defendant Graham") (hereinafter collectively the "Parties"), by and between their attorneys of record, stipulate with reference to the following facts:

### RECITALS

A.　**WHEREAS,** on or about December 28, 2006, Defendant Anders and Defendant Graham filed their respective motions to, among other things, dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3) and for *Forum Non Conveniens* or, in the alternative, to transfer this proceeding pursuant to 28 U.S.C. § 1404. The

1. hearing date on the Defendants' respective motions to dismiss was set for February 5, 2007, at 2:00 p.m.;

    B.  **WHEREAS,** on January 17, 2007, Defendant Anders filed an *Ex Parte* Motion for Administrative Relief and Continuance of the Case Management Conference which was scheduled for February 5, 2007, at 4:00 p.m. Defendant Anders moved to continue the Case Management Conference to a date no less than 30 days after the hearing on Defendants' pending motions to dismiss on the ground that it made little sense for the parties to meet and confer regarding alternative dispute resolution programs, settlement, and discovery issues and to prepare case management statements and Rule 26 reports in preparation for the case management conference before the Parties knew whether the court will grant the Defendants' respective motions to dismiss;

    C.  **WHEREAS,** on January 22, 2007, the Honorable Marilyn Hall Patel entered an order continuing the initial case management conference in this case from February 5, 2007, at 4:00 p.m. to March 5, 2007, at 4:00 p.m.; and

    D.  **WHEREAS,** on February 5, 2007, the Parties appeared before this Court for oral argument on Defendants' respective motions to dismiss. After hearing the arguments of counsel, the Honorable Marilyn Hall Patel took Defendants' respective motions to dismiss under submission. As of the date of this Stipulation, the Honorable Marilyn Hall Patel has not yet issued a ruling on Defendants' respective motions to dismiss;

    **NOW THEREFORE,** the Parties Hereby Stipulate as follows:

    1.  The Parties hereby agree and respectfully request that the case management conference scheduled for March 5, 2007, at 4:00 p.m., be continued for 30 days following entry of the Court's order on Defendants' respective motions to dismiss so that the Parties are spared the unnecessary time and expense of working up the case management aspects of this case until the Court rules on the Defendants' respective motions to dismiss.

    //
    //
    //

W:\JL Files\ANDRMA\ANDRMA2007-02-26 Stip & Order Extension CMC.wpd

2

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE NO. C063618 MHP

Dated: February 26, 2007

Respectfully submitted,

LURIE, ZEPEDA, SCHMALZ & HOGAN
STEVEN L. HOGAN
LAWRENCE J. IMEL

By: /s/ Lawrence J. Imel
Lawrence J. Imel
Special Appearance for Defendant Michael Anders

Dated: February 26, 2007

SPAULDING, McCULLOUGH & TANSIL, LLP
WARREN L. DRANIT
KARIN M. BEAM

By: _____
Warren L. Dranit
Special Appearance for Defendant Todd Dameron Graham

Dated: February 26, 2007

CARLE, MACKIE, POWER & ROSS LLP
DAWN M. ROSS
JOHN B. DAWSON

By: _____
John B. Dawson
Attorneys for Plaintiff Martin Ray Winery

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED THAT** the Initial Case Management Conference scheduled for March 5, 2007, at 4:00 p.m., is hereby continued for 30 days following the Court's entry of its order on Defendants' respective motions to dismiss the First Amended Complaint filed in this proceeding.

Dated: February ___, 2007

_____
The Honorable Marilyn Hall Patel, Judge
United States District Court
Northern District of California

| | | |
|---|---|---|
| 1 | Dated: February 26, 2007 | Respectfully submitted, |
| 2 | | LURIE, ZEPEDA, SCHMALZ & HOGAN<br>STEVEN L. HOGAN |
| 3 | | LAWRENCE J. IMEL |
| 4 | | By: _____ |
| 5 | | Lawrence J. Imel<br>Special Appearance for Defendant Michael |
| 6 | | Anders |
| 7 | Dated: February 26, 2007 | SPAULDING, McCULLOUGH & TANSIL, LLP<br>WARREN L. DRANIT |
| 8 | | KARIN M. BEAM |
| 9 | | By: _____ |
| 10 | | Warren L. Dranit<br>Special Appearance for Defendant<br>Todd Dameron Graham |
| 12 | Dated: February 26, 2007 | CARLE, MACKIE, POWER & ROSS LLP<br>DAWN M. ROSS |
| 13 | | JOHN B. DAWSON |
| 14 | | By: _____ |
| 15 | | John B. Dawson<br>Attorneys for Plaintiff Martin Ray Winery |

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN:**

IT IS HEREBY ORDERED THAT the Initial Case Management Conference scheduled for March 5, 2007, at 4:00 p.m., is hereby continued for 30 days following the Court's entry of its order on Defendants' respective motions to dismiss the First Amended Complaint filed in this proceeding.

Dated: February ___, 2007

_____
The Honorable Marilyn Hall Patel, Judge
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE, CASE NO. C063618 MHP

| | |
|---|---|
| Dated: February 26, 2007 | Respectfully submitted, |
| | LURIE, ZEPEDA, SCHMALZ & HOGAN<br>STEVEN L. HOGAN<br>LAWRENCE J. IMEL |
| | By: _____<br>Lawrence J. Imel<br>Special Appearance for Defendant Michael Anders |
| Dated: February 26, 2007 | SPAULDING, McCULLOUGH & TANSIL, LLP<br>WARREN L. DRANIT<br>KARIN M. BEAM |
| | By: _____<br>Warren L. Dranit<br>Special Appearance for Defendant Todd Dameron Graham |
| Dated: February 26, 2007 | CARLE, MACKIE, POWER & ROSS LLP<br>DAWN M. ROSS<br>JOHN B. DAWSON |
| | By: /s/ John B. Dawson<br>John B. Dawson<br>Attorneys for Plaintiff Martin Ray Winery |

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED THAT** the Initial Case Management Conference scheduled for March 5, 2007, at 4:00 p.m., is hereby continued for 30 days following the Court's entry of its order on Defendants' respective motions to dismiss the First Amended Complaint filed in this proceeding.

Dated: February 28, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE CASE NO. C063618 MHP